In the Matter of the Claim of John W. Conway, Respondent, against Aluminum & Brass Company et al., Respondents, and Special Disability Fund, Appellant. Workmen's Compensation Board, Respondent.—

■■■■■■■■■■■■■■■■■■■■■■ This court certifies that questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante,* p. 82.]